Prepared by: Catherine Hutchison
After recording return to:  Rita Drinkwater
SBA Network Services, LLC
8051 Congress Avenue
Boca Raton, FL 33487
Ph: 800-487-7483 ext. 7872

Parcel ID: 12404-LLO-001

## MEMORANDUM OF PCS SITE AGREEMENT AND FIRST AMENDMENT TO PCS SITE AGREEMENT

**THIS MEMORANDUM OF PCS SITE AGREEMENT AND FIRST AMENDMENT TO PCS SITE AGREEMENT** ("**Memorandum and First Amendment**") dated as of _December 11_, 2024 ("**Effective Date**") by and between **LACKAWANNA RECYCLING SERVICES LLC, a Pennsylvania limited liability company**, having an address at 400 Mill Street, Dunmore, Pennsylvania 18512 ("**Owner**") and **SBA PROPERTIES, LLC, a Delaware limited liability company**, having a principal office located at 8051 Congress Avenue, Boca Raton, Florida 33487 (hereinafter referred to as "**SBA**").

**WHEREAS**, Lackawanna County Solid Waste Management Authority and D&L Realty Co., predecessors in interest to Owner, and Sprint Spectrum L.P., a Delaware limited liability partnership, entered into that certain PCS Site Agreement dated December 2, 1999 (hereinafter referred to as "**Agreement**") and ultimately assigned to SBA, successor by conversion to SBA Properties, Inc., a Florida corporation, pursuant to that certain Assignment and Assumption of PCS Site Agreement dated November 21, 2000, and recorded February 7, 2014, as Instrument No. 201401832 of the Official Records of Lackawanna County, Pennsylvania, for SBA's use of a portion of the real property ("**Site**") together with access and utilities easements thereto, located at 3410 Boulevard Avenue, Scranton, Pennsylvania 18512 (hereinafter referred to as "**Land**"), being more particularly described in the attached **Exhibit "A"**; and

**WHEREAS**, the Site leased by SBA under the terms of the Agreement, along with any corresponding easements granted, lies within the Land described on **Exhibit "A"** attached hereto. The original term of the Agreement was five (5) years which commenced on December 2, 1999, and ended on December 1, 2004, with four (4) additional renewal terms of five (5)

00716139 - v1                                                           1
Site ID: PA05342-B / Greenridge

years. The terms of the Agreement shall run with the land described in **Exhibit "A"**. The original Agreement is on file with SBA at 8051 Congress Avenue, Boca Raton, Florida 33487.

**WHEREAS**, Owner and SBA desire and intend to amend and supplement the Agreement as provided herein.

**NOW, THEREFORE**, for good and valuable consideration, the receipt and sufficiency of which is hereby, acknowledged, the parties hereto covenant, agree, and bind themselves to the following modifications to the Agreement:

1. **Section 2. Term.**, of the Agreement is hereby amended to include the following:

   In addition to the Renewal Terms as referenced in the Agreement, the Agreement is hereby amended to include five (5) additional successive Renewal Terms of five (5) years each, of which shall be deemed automatically extended unless SBA notifies Owner of its intention not to renew the Agreement at least ninety (90) days prior to the commencement of the succeeding Renewal Term. The first additional Renewal Term shall commence on December 2, 2024, upon the expiration of the Renewal Term expiring on December 1, 2024.

2. **Section 6. Notices.**, of the Agreement is hereby amended as follows:

   If to Owner:    Lackawanna Recycling Services, LLC
                   400 Mill Street
                   Dunmore, PA 18512

   If to SBA:      SBA Properties, LLC
                   Attn: Site Administration
                   8051 Congress Avenue
                   Boca Raton, FL 33487-1307
                   Re: PA05342-B / Greenridge

3. The Agreement is hereby amended to include **Section 20. Right of First Refusal/Exclusivity**, as follows:

   If at any time during the term of the Agreement, Owner receives a bona fide written offer from a third person (the "Offer") to sell, assign, convey, lease, factor, or otherwise transfer or create any interest in the current or future Rent, this Agreement, the Site, or the Land, or any portion thereof, which Owner desires to accept, Owner shall first give SBA written notice (including a copy of the proposed contract) of such Offer prior to becoming obligated under such Offer, with such notice giving SBA the right to acquire the interest described in the Offer on substantially equivalent financial terms as the third-party Offer; provided, however, that if such interest is in the Land (or any portion thereof), SBA shall have the additional right to acquire an interest in only the Site for a pro-rata portion of the Offer price based on the size of the Site in comparison to the size

of the Land (or any portion thereof) described in the Offer. Further, if the third-party Offer is for any interest in the Site or Land, SBA may elect to acquire an easement or fee simple title in the Site or Land (or portion thereof) on substantially equivalent financial terms as the third-party Offer. SBA shall have a period of thirty (30) days after receipt of Owner's notice and terms to exercise SBA's right of first refusal by notifying Owner in writing. If SBA has not exercised its right of first refusal in writing to Owner within such thirty (30) day period, the terms of the Offer will be deemed rejected. If SBA exercises its right of first refusal, SBA may require and shall be allowed a commercially reasonable period of time to conduct its due diligence and effectuate the closing of the transaction following the completion of such due diligence on substantially equivalent financial terms as the third-party Offer.

As part of SBA's right to the undisturbed use and enjoyment of the Site, Owner shall not at any time during the term of the Agreement (i) use or suffer or permit another person to use any portion of the Land or any adjacent parcel of land now or hereafter owned, leased or managed by Owner for any of the uses permitted herein or other uses similar thereto, or (ii) grant any interest in or an option to acquire any interest in any portion of the Land that permits (either during the term of the Agreement or after the term hereof) any of the uses permitted under this Agreement or other uses similar thereto without the prior written consent of SBA, in SBA's sole discretion. The phrase "or other uses similar thereto" as used herein shall include, without limitation, the transmission, reception or relay of communications signals and/or data by way of small cells, distributed antenna systems, data centers, C-RAN or fiber, or the generation or storage of power or energy.

4.  Upon full execution of this Memorandum and First Amendment, SBA shall pay Owner a one-time payment of ███████████████████████████████████████████

5.  Capitalized terms not defined in this Memorandum and First Amendment will have the meaning ascribed to such terms in the Agreement.

6.  This Memorandum and First Amendment will be governed by and construed and enforced in accordance with the laws of the state in which the Land is located without regard to principles of conflicts of law.

7.  Except as specifically set forth in this Memorandum and First Amendment, the Agreement is otherwise unmodified and remains in full force and effect and is hereby ratified and reaffirmed. In the event of any inconsistencies between the Agreement and this Memorandum and First Amendment, the terms of this Memorandum and First Amendment shall take precedence.

8.  Owner acknowledges that the attached **Exhibit "A"** may be preliminary or incomplete and, accordingly, SBA may replace and substitute such exhibit with an accurate survey and legal descriptions of the Site and easements and re-record this Memorandum and First Amendment without obtaining the further approval of Owner. Following such re-

recording, the descriptions of the Site and easements described therein shall serve as the descriptions for same for all purposes under the Agreement.

9. Owner represents and warrants to SBA that Owner is the sole owner in fee simple title to the Land and Owner's interest under the Agreement and that consent or approval of no other person is necessary for Owner to enter into this Memorandum and First Amendment.

10. This Memorandum and First Amendment may be executed in one or more counterparts, and by the different parties hereto in separate counterparts, each of which when executed shall be, deemed to be an original but all of which taken together shall constitute one, and the same Memorandum and First Amendment.

11. SBA shall have the right to record this Memorandum and First Amendment.

**[The remainder of this page is intentionally left blank. Signatures to follow.]**

**AGREED TO AND ACCEPTED** this _____20_____ day of _November_ , 202_4_, but shall be effective as of the Effective Date.

**WITNESSES:**

**OWNER:**

**Lackawanna Recycling Services LLC, a Pennsylvania limited liability company**

_____

Print Name: _John Cowley_

By: _____
Louis DeNaples

_____

Print Name: _Kimberly D'Angelo_

Title: _President_

**COMMONWEALTH OF PENNSYLVANIA**

**COUNTY OF** _Lackawanna_

On this _20_ day of _November_ 202_4_, before me a notary public in and for the Commonwealth of Pennsylvania, the undersigned officer, personally appeared, Louis DeNaples, who acknowledged himself to be the _President_ of Lackawanna Recycling Services LLC, a Pennsylvania limited liability company and in that capacity, being authorized to do so, executed the foregoing instrument, for the purposes therein contained by signing the name of the limited liability company by himself as _President_.

In witness whereof, I hereunto set my hand and official seal.

_____
Notary Public
My Commission Expires _Sept. 14, 2028_

(NOTARY SEAL)

Commonwealth of Pennsylvania - Notary Seal
Amy R. Gearhart, Notary Public
Lackawanna County
My commission expires September 14, 2028
Commission number 1300862
Member, Pennsylvania Association of Notaries

EXHIBIT "B"

**AGREED TO AND ACCEPTED** this _____20_____ day of _November_ , 2024, but shall be effective as of the Effective Date.

**WITNESSES:**

**OWNER:**

**Lackawanna Recycling Services LLC, a Pennsylvania limited liability company**

_____
Print Name: _John Cowley_

By: _____
Dominick DeNaples
Title: _Vice President_

_____
Print Name: _Kimberly D'Angelo_

**COMMONWEALTH OF PENNSYLVANIA**

**COUNTY OF** _Lackawanna_

On this _20_ day of _November_, 2024, before me a notary public in and for the Commonwealth of Pennsylvania, the undersigned officer, personally appeared, Dominick DeNaples, who acknowledged himself to be the _Vice President_ of Lackawanna Recycling Services LLC, a Pennsylvania limited liability company and in that capacity, being authorized to do so, executed the foregoing instrument, for the purposes therein contained by signing the name of the limited liability company by himself as _Vice President_

In witness whereof, I hereunto set my hand and official seal.

_____
Notary Public _Amy R Gearhart_
My Commission Expires _Sept. 14, 2028_

```
Commonwealth of Pennsylvania - Notary Seal
Amy R. Gearhart, Notary Public
Lackawanna County
My commission expires September 14, 2028
Commission number 1300862
Member, Pennsylvania Association of Notaries
```

**AGREED TO AND ACCEPTED** this _____11_____ day of _December_, 202<u>4</u>, but shall be effective as of the Effective Date.

**WITNESSES:**                                            **SBA:**

                                                          **SBA Properties, LLC, a Delaware limited liability company**

_____                          By: _____

Print Name: **BRITTANY DAWSON**                              Joshua Koenig, Executive Vice
                                                             President and General Counsel
_____

Print Name: _Ana Hurd_

**STATE OF FLORIDA**

**COUNTY OF PALM BEACH**

        The foregoing instrument was acknowledged before me by means of [X] physical presence or [ ] online notarization, this _11_ day of _December_, 202<u>4</u>, by Joshua Koenig, Executive Vice President and General Counsel of SBA Properties, LLC, a Delaware limited liability company, on behalf of said company, who is personally known to me and did not take an oath.



TIFFANY N. GONSALVES
Commission # HH 456775
Expires November 7, 2027

Notary Public _Tiffany N. Gonsalves_
My Commission Expires _11/7/2027_

(NOTARY SEAL)

## EXHIBIT "A"

Legal description to be incorporated upon receipt of final survey.

Land

## CELL TOWER LEASE PARCEL

**ALL** that certain piece or parcel of land situate in the City of Scranton, County of Lackawanna, and Commonwealth of Pennsylvania bounded and described as follows, to wit:

**BEGINNING** at a point in the northwesterly right-of-way line of Boulevard Avenue, said point lying South 39°32'51" West forty-five and six hundredths (45.06') feet from the intersection with the southwesterly right of way of Interstate 81, as shown on the attached Exhibit;

**Thence** along said right of way of Boulevard Avenue South 39°32'51" West twenty (20.00') feet to a point,

**Thence** through lands of Lackawanna County Solid Waste Management Authority the following five (5) courses and distances:

1. North 50°30'18" West twenty-four and one hundredths (24.01') feet to a point,
2. South 37°56'56" West thirty-two and twenty-seven hundredths (32.27') feet to a point,
3. North 50°30'58" West fifty-one and five tenths (51.50') feet to a point,
4. North 38°03'07" East fifty-two and twenty-eight hundredths (52.28') feet to a point,
5. South 50°30'18" East seventy-five and ninety-seven hundredths (75.97') feet to the point of beginning,

**CONTAINING** 3,175 square feet of land being the same, more or less.

**BEING PART** of lands convey to Lackawanna County Solid Waste Management Authority by Louis Denaples and Dominick Denaples by deed dated the 16th day of October in the year nineteen hundred eighty-nine in deed book 1303 page 501.

**BEING PART** of PIN 124.04-020-001

EXHIBIT "B"